UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE RODRIGUEZ, | |
| Plaintiff, | 1:21-CV-4300 (LTS) |
| -against- | ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated May 24, 2021, the Court directed Plaintiff, within thirty days, to submit a completed prisoner authorization for this court or pay the $402 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not filed a prisoner authorization for this court or paid the fees. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   July 26, 2021
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge